# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

-vs-                                                                                                          Case No.  3:19-CR-87

**URIEL BETANCOURT,**

          **Defendant.**

---

## ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 40), ACCEPTING THE PLEA OF GUILTY, AND REFERRING THE CASE TO THE U.S. PROBATION DEPARTMENT FOR A PRESENTENCE INVESTIGATION AND REPORT

---

      On October 1, 2019, this matter came before United States Magistrate Judge Michael J. Newman for a Plea Hearing. Having conducted a full plea colloquy with the Defendant, the Magistrate Judge concluded that the Defendant's plea of guilty to Count 1 of the Indictment was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt. This Court, noting that no objections have been filed thereto, and that the time for filing such objections expired on October 15, 2019, hereby ADOPTS said Report and Recommendations.

      Therefore, based upon the aforesaid, and this Court's de novo review of the comprehensive findings by the United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (doc. 40) in its entirety, finding that the pleas were knowing, intelligent and voluntary. The Defendant is FOUND guilty of the offense for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report. Sentencing remains scheduled for January 31, 2020 at 10:30 a.m.

      **DONE** and **ORDERED** in Dayton, Ohio, this 16th day of October, 2020.

                                                       *s/Thomas M. Rose*
                                                      _____
                                                      THOMAS M. ROSE, JUDGE
                                                      UNITED STATES DISTRICT COURT